IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MINDY WILLIAMS and
CARROLL WILLIAMS,

      Plaintiffs,

v.                                             Civil Action No.: 5:20-cv-200
                                             Honorable John P. Bailey

DELAWARE NORTH IGAMING, INC.,
WHEELING ISLAND GAMING, INC. and
SCHINDLER ELEVATOR CORPORATION,

      Defendants.

## DEFENDANT WHEELING ISLAND GAMING, INC.'S CORPORATE DISCLOSURE

Pursuant to F. R. Civ. P. 7.1, Defendant Wheeling Island Gaming, Inc. makes the following disclosure:

1. Is the party a non-governmental corporate parties?

   [X] YES      [ ] NO

2. If the answer to Number one is "yes", list below any parent corporation or state that there is no such corporation:

   > Delaware North Companies Gaming & Entertainment, Inc.

3. If the answer to Number 1 is "yes", list below any publicly-held corporation that owns 10% or more of the parties' stock or state that there is no such corporation:

   > None

The undersigned parties understand that under F R Civ. P 7.1, they will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: November 11, 2020          __/s/____Robert A. Lockhart_____
                                                      Robert A. Lockhart, Esquire (WVSB #4657)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MINDY WILLIAMS and
CARROLL WILLIAMS,

      Plaintiffs,

v.                                                         Civil Action No.: 5:20-cv-200
                                                          Honorable John P. Bailey

DELAWARE NORTH IGAMING, INC.,
WHEELING ISLAND GAMING, INC. and
SCHINDLER ELEVATOR CORPORATION,

      Defendants.

## CERTIFICATE OF SERVICE

I, Robert A. Lockhart, Esquire, undersigned counsel for Defendants Delaware North Igaming, Inc. and Wheeling Island Gaming, Inc., hereby certify that the foregoing *"Defendant Wheeling Gaming,, Inc.'s Corporate Disclosure"* has been electronically filed with the Clerk of the Court, this 11th day of November 2020, using the CM/ECF system which will send notification of such filing to counsel of record.

Ronald W. Zavolta, Esquire (WVSB #8739)
Paul J. Ratcliffe, Esquire (WVSB #13453)
Zavolta Law Office
1287 Fairmont Pike Road
Wheeling, West Virginia 26003
*Counsel for Plaintiffs Mindy Williams and Carroll Williams*

Steven H. Wyckoff, Esquire
Wyckoff Law Offices
Law & Finance Building – Suite 1808
429 4th Avenue
Pittsburgh, Pennsylvania 15219
*Counsel for Defendant Schindler Elevator Corporation*

                                                              /s/ Robert A. Lockhart_____
                                                              Robert A. Lockhart (WVSB #4657)