IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**CAROL WILLIAMS** and **MINDY WILLIAMS**,

    Plaintiffs,

v.            **CIVIL ACTION NO. 5:20-CV-200**
                Judge Bailey

**DELAWARE NORTH IGAMING, INC.,**
**WHEELING ISLAND GAMING INC.,** and
**SCHINDLER ELEVATOR CORPORATION,**

    Defendants.

## ORDER DISMISSING CASE

  Mediation was held on February 22, 2022. *See* [Doc. 52]. Inasmuch as the parties have advised this Court that the above-styled case reached a settlement agreement, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

  Moreover, defendant Schindler Elevator Corporation's Motion for Summary Judgment [**Doc. 42**] and Defendants Delaware North Igaming, Inc.'s and Wheeling Island Gaming, Inc.'s Joinder in Defendant Schindler Elevator Corporation's Motion for Summary Judgment [**Doc. 48**] are **DENIED AS MOOT**.

  The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: February 28, 2022.

／s／ John Preston Bailey

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**